**Electronically Filed
Supreme Court
SCWC-23-0000296
08-JAN-2025
10:36 AM
Dkt. 3 OGAC**

SCWC-23-0000296

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MARTIN L. LAVOIE,
Petitioner/Defendant-Appellant,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000296; CASE NO. 2CPC-22-0000737)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Martin L. Lavoie's application for writ of certiorari filed on November 25, 2024, is accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 8, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

